JOHN N. LEE, *Appellant*, v. MRS. LEITTA HALL, AS AD-
MINISTRATRIX OF THE ESTATE OF DAN HALL, DECEASED,
*Appellee.*

Division B.

Decision Filed December 9, 1927.

*Davis & Pepper,* for Appellant;

*Wm. T. Hendry,* for Appellee.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the order herein, and briefs and argument of counsel for
the respective parties, and the record having been seen
and inspected, and the Court being now advised of its
judgment to be given in the premises, it seems to the
Court that there is no error in the said order; it is, there-
fore, considered, ordered and adjudged by the Court that
the said order of the Circuit Court be, and the same is
hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J.,
concur.